United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Alberto Carrion and Wilberto Rodriguez, each individually and on behalf of all others similarly situated, Plaintiffs, <br><br> v. <br><br> Miami Lakes AM, LLC, a Florida limited liability company d/b/a "Miami Lakes AutoMall" and Ali Ahmed, individually, Defendants. | Civil Action No. 23-22700-Civ-Scola |

## Order of Dismissal

The parties have dismissed this suit with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal, ECF No. 34.) The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on January 7, 2025.

_____
Robert N. Scola, Jr.
United States District Judge